UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **MARGIL OZUNA-BARRERA** | : | **DOCKET NO. 2:23-CV-0394** |
| **REG. # 02518-479** | | **SECTION P** |
| **VERSUS** | : | **JUDGE JAMES D. CAIN, JR.** |
| **FELIPE MARTINEZ, JR.** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the Petition for Habeas Corpus is **DENIED** and this matter be **DISMISSED as MOOT.**

**THUS DONE AND SIGNED** in Chambers this 5th day of December, 2023.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE